IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

STEVEN M. WILLIAMS,

          Plaintiff,

v.                                     CIVIL ACTION NO.   2:20-cv-00688

CURTIS DIXION, et al.,

          Defendants.


**MEMORANDUM OPINION AND ORDER**

The Plaintiff, proceeding *pro se*, initiated this matter with the filing of a complaint (Document 1) on October 19, 2020. By *Administrative Order* (Document 5) entered on October 20, 2020, this action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.

Subsequently, on March 9, 2021, the Plaintiff filed a motion for preliminary injunction (Document 14) along with a memorandum in support of motion for preliminary injunction (Document 15).

On July 16, 2021, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 48) relating to the Plaintiff's motion for preliminary injunction. Therein, it is recommended that this Court deny the Plaintiff's motion for preliminary injunction.

Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by August 2, 2021.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's motion for preliminary injunction (Document 14) be **DENIED**.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER: August 9, 2021

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA